FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 NOV -2 PM 4:45
CLERK B.West
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CR407-286 |
| ) | |
| HUNG THIEN LY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## O R D E R

The Court has received Defendant Hung Thien Ly's Presentence Investigation Report and a request by Defendant's counsel for a leave of absence from November 23 to December 3, 2012. At the conclusion of Defendant's trial, both Defendant and the Government informed the Court that the remaining forfeiture issues in this case would be resolved by agreement prior to sentencing. Despite the trial ending almost six months ago, however, the parties have failed to resolve these issues. In light of the fact that the Court is prepared to hold a sentencing hearing in this case, the Court expects the parties to quickly resolve these issues. Therefore, the parties are **DIRECTED** to notify the Court, no later than **12:00 p.m.**[1] on **Monday, November 19, 2012**, whether the forfeiture issues have been resolved by agreement.

---

[1] To avoid any possible confusion, the Court reminds the parties that 12:00 p.m. is noon, not midnight.

While the Court has previously granted Defense counsel's request for leave of absence, both parties should be aware that should they fail to come to an agreement, the Court will be required to hold a bench trial to resolve these issues. Given the Court's pending schedule, it is likely that any such trial would necessitate working through the holidays and, in all likelihood, require the revocation of counsel's leave of absence.

SO ORDERED this **2ND** day of November 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA